# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| FRANK BRETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> U.S. MARSHAL KNIGHT, *North Carolina*, ) <br> and U.S. MARSHAL GARY UNKNOWN, ) <br> *Philadelphia, PA Federal Court*, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> **CASE NO. 5:13-CV-66-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Application to Proceed *in forma pauperis* is ALLOWED. The Complaint is DISMISSED as frivolous. The Motions to Seal [D.E. 2] and the Motion to Appoint Counsel [D.E. 4] are DENIED as moot. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 12, 2013** WITH A COPY TO:

Frank Brett, Pro sel (via USPS to P.O. Box 2511, Philadelphia, PA 19147)


March 12, 2013                                          JULIE A. RICHARDS, Clerk
Date                                                     Eastern District of North Carolina

                                                                     /s/ Debby Sawyer
                                                                     (By) Deputy Clerk

Raleigh, North Carolina